U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 0 2 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN LANE BAKER,<br>      Plaintiff<br><br>VERSUS<br><br>TIM WILKINSON, et al.,<br>      Defendants | CIVIL ACTION<br>SECTION "P"<br>NO. CV05-1914-A<br><br><br>JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law (except to note two misnomer errors on pages 16 and 17 where "hernias" are used instead of "hemorrhoids.");

IT IS ORDERED that defendants' motion for summary judgment (Doc. 65) be DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2nd day of July, 2009.

                                                DEE D. DRELL
                                    UNITED STATES DISTRICT JUDGE